IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**NICHOLAS WRAY,**

    **Plaintiff,**

v.                                                      Case No. 1:20-cv-156-AW-HTC

**KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,**

    **Defendant.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's Report and Recommendation, ECF No. 21, and I have considered de novo the issues raised in Plaintiff's objection, ECF No. 23. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on April 5, 2022.

                                                s/ *Allen Winsor*
                                               United States District Judge